**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>JORDAN ANDREW DERRICK,<br>[DOB: 09/05/1985]<br><br>                 Defendant. | Case No.   26-00262-01-CR-W-SRB<br><br>**COUNT ONE**<br>***Engaging in Business of Manufacturing Explosive Materials Without a License***<br>18 U.S.C. §§ 842(a)(1) and 844(a)(1)<br>NMT 10 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT TWO**<br>***Distribution of Information Relating to Explosives***<br>18 U.S.C. §§ 842(p)(2)(B) and 844(a)(2)<br>NMT 20 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNTS THREE AND FOUR**<br>***Unlawful Possession of an Unregistered Firearm – Destructive Devices***<br>26 U.S.C. §§§ 5845(a)(8), 5861(d) and 5871<br>NMT 10 Years' Imprisonment<br>NMT $10,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br><br>Allegation of Forfeiture<br><br>$100 Mandatory Special Assessment Each Felony Count |

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*(Engaging in Business of Manufacturing Explosive Materials Without a License)*

Between on or about September 18, 2023 and on or about March 4, 2026, in the Western

District of Missouri, the defendant, **JORDAN ANDREW DERRICK**, knowingly engaged in the

business of manufacturing explosive materials, to include detonators, nickel aminoguanidine perchlorate (NAP), ethylene glycol dinitrate (EGDN), hexamethylene triperoxide diamine (HMTD), hexamine dinitrate (HDN), Research Department eXplosive (RDX), silver acetylide double salt (SADS), trinitroxylene (TNX or R-salt), trinitrotoluene (TNT), pentaerythritol tetranitrate (PETN), aminoguanidine bicarbonate, and ammonium nitrate/nitromethane (ANNM), without a license to do so pursuant to Chapter 40 of Title 18, United States Code, all in violation of Title 18, United States Code, Sections 842(a)(1) and 844(a)(1).

### COUNT TWO
*(Distribution of Information Relating to Explosives)*

Between on or about September 18, 2023, and on or about March 4, 2026, in the Western District of Missouri, the defendant, **JORDAN ANDREW DERRICK**, did knowingly teach and demonstrate to persons the making and use of an explosive and destructive device, and did distribute to persons, by electronic means, information pertaining to the manufacture and use of an explosive and destructive device, knowing that such persons intended to use the information for and in furtherance of an activity that constitutes a federal crime of violence; all in violation of Title 18, United States Code, Sections 842(p)(2)(B) and 844(a)(2).

### COUNT THREE
*(Unlawful Possession of an Unregistered Firearm - Destructive Devices)*

On or about June 23, 2025, in the Western District of Missouri, the defendant, **JORDAN ANDREW DERRICK**, knowingly possessed firearms,[1] that is destructive devices, to wit, incendiary devices containing thermite and thermate, as defined in 26 U.S.C. §§ 5845(a)(8) and (f), that were not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5861(a) and 5871.

---

[1] Title 26, United States Code, Section 5845(a)(8) defines the term "firearm" to include a "destructive device." Section 5845(f) defines "destructive device" to include any explosive or incendiary bomb or similar device.

2

## COUNT FOUR
### *(Unlawful Possession of an Unregistered Firearm - Destructive Devices)*

On or about May 12, 2026, in the Western District of Missouri, the defendant, **JORDAN ANDREW DERRICK**, knowingly possessed firearms, that is destructive devices, to wit, all the components to readily assemble improvised explosive devices, to include mercury switches, electric matches, improvised detonator components, pyrotechnic remote firing devices, ball bearings, urea nitrate, Research Department eXplosive (RDX), pentaerythritol tetranitrate (PETN), nickel aminoguanidine perchlorate (NAP), silver acetylide double salt (SADS), and hollowed out grenades, as defined in 26 U.S.C. §§ 5845(a)(8) and (f), that were not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5861(a) and 5871.

## FORFEITURE ALLEGATION

The allegations contained in Count Four of this Indictment are re-alleged and incorporated by reference as though set forth fully here in for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count Four of this Indictment, the defendant shall forfeit to the United States any firearms and ammunition involved or used in the commission of the offenses, including, but not limited to, mercury switches, electric matches, improvised detonator components, pyrotechnic remote firing devices, ball bearings, urea nitrate, Research Department eXplosive (RDX), pentaerythritol tetranitrate (PETN), nickel aminoguanidine perchlorate (NAP), silver acetylide double salt (SADS), and hollowed out grenades.

Upon conviction of the offense set forth in Count Four of this Indictment, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), the Government will seek the forfeiture of property as part of the sentence imposed in this case; that

3

is, the forfeiture of any firearm involved in any violation of Title 26, United States Code, Section 5861(d), including, but not limited to, the destructive device identified in Count Four.

All pursuant to 18 U.S.C. § 924(d), 26 U.S.C § 5872, and 28 U.S.C. § 2461(c).

A TRUE BILL.

_May 28, 2026_
DATE

_SIGNATURE ON FILE WITH USAO_
FOREPERSON OF THE GRAND JURY

_/s/William A. Alford, III_
William A. Alford, III
Assistant United States Attorney
Western District of Missouri

4