## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Saline / Western

**Matter to be Sealed**

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name:  Jordan Andrew Derrick

Alias Name:

Birth Date:  09/05/1985

**Related Case Information**

Superseding Information/Indictment?  ☐ Yes  ■ No  If yes, original case number:

New Defendant(s)?  ■ Yes  ☐ No

Prior Complaint Case Number, if any:  26-MJ-00063-JAM (SWH)

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**(S)AUSA Alford, William A. III**

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:

■ No

**Location Status**

Arrest Date:  05/12/2026

■ Currently in Federal Custody

☐ Currently in State Custody

☐ Currently on Bond

**Writ Required?**  ☐ Yes  ■ No

**Warrant Required?**  ☐ Yes  ■ No

**U.S.C. Citations**

Total # of Counts      4

| Set | Index Key & Description of Offense Charged | Count(s) |
|-----|-------------------------------------------|----------|
| 1 | 18:842A.F IMPORTING EXPLOSIVE MATERIAL | 1 |
| 2 | 18:842B.F DISTRIBUTE EXPLOSIVE MATERIAL | 2 |
| 3 | 26:5845.F POSSESSION OF A DESTRUCTIVE DEVICE | 3 & 4 |
| 4 | | |

(May be continued on reverse)

revised: 05/21/2025