IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:26-cr-00262-SRB |
| | ) | |
| JORDAN ANDREW DERRICK, | ) | |
| | ) | |
| Defendant, | ) | |

**MOTION TO CONTINUE**

**Comes Now** Defendant, by and through counsel, and having been granted leave to file out of time, files this Motion to Continue the currently set pre-trial conference and jury trial dates.

1.      Defense Counsel is still in the process of reviewing extensive discovery.

2.      Counsel has notified the Government and the Government does not object to a continuance for these purposes.

3.      Defendant is aware of this request and consents to a continuance for these purposes.

4.      Defense counsel is not familiar with the Court's calendar in this Division, but is available at the Court's discretion and requests this continuance be between 30 to 60 days or on whatever date the Court pleases.

Respectfully submitted,

By:     */s/ Matthew J. Brown*
Matthew J. Brown 63457 MO
Attorney for Defendant
231 S. Bemiston Ave, Ste. 1100
Clayton, MO 63105
P: (314) 563-0258
F: (314) 947-5176
mb@combswaterkotte.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's filing system.

*/s/ Matthew J. Brown*