IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cr-00262-SRB |
| | ) | |
| JORDAN ANDREW DERRICK, | ) | |
| | ) | |
| Defendant, | ) | |

## REQUEST FOR EXTENSION OF FILING PRE-TRIAL MOTIONS

**Comes Now** Defendant, by and through counsel, and having been granted leave to file

out of time, files this Request for Extension of Filing the pre-trial motions.

1. Counsel has notified the Government and the Government does not object to a

   continuance for these purposes.

2. Defendant is aware of this request and consents to a continuance for these purposes.

3. Defense counsel is not familiar with the Court's calendar in this Division, but is available

   at the Court's discretion and requests this continuance be between 30 to 60 days or on

   whatever date the Court pleases.

Respectfully submitted,


By:     */s/ Matthew J. Brown*
         Matthew J. Brown 63457 MO
         Attorney for Defendant
         231 S. Bemiston Ave, Ste. 1100
         Clayton, MO 63105
         P: (314) 563-0258
         F: (314) 947-5176
         mb@combswaterkotte.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 6, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's filing system.

*<u>/s/ Matthew J. Brown</u>*