**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-00262-01-CR-W-SRB |
| | ) | |
| JORDAN ANDREW DERRICK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court is in receipt of Defendant's *pro se* motion seeking release from custody. (Doc. 41) Because Defendant is represented by counsel, it is hereby

**ORDERED** that all filings submitted by Defendant must be done through his attorney. Defense counsel is directed to confer with Defendant about the matters raised in the *pro se* motion and submit any filings, if necessary, no later than 10:00 a.m. on November 17, 2026. It is further

**ORDERED** that Defendant's *pro se* motion (Doc. 41) is denied as moot. It is further

**ORDERED** that the Clerk of the Court mail a copy of this Order to Defendant via first class mail.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE