**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN A. DERRICK,<br><br>Defendant. | Case No. 26-00262-01-CR-W-SRB |

**MOTION OF THE UNITED STATES FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO DEFENDANT'S MOTIONS TO DISMISS THE INDICTMENT**

The United States of America, by and through the United States Attorney R. Matthew Price, and undersigned counsel, both for the Western District of Missouri, hereby respectfully requests a fourteen-day extension of time to respond to the Defendant's motions to dismiss the indictment (D.E. 43, 44).

The United States is requesting a fourteen-day extension from Monday, November 30, 2026, the date the response is now due, up to and including Monday, December 14, 2026, in which to finish, have reviewed, and file its response.

Defendant filed his two motions to dismiss the indictment on November 13, 2026. The responses of the United States are currently due on November 30, 2026. The United States is now requesting an additional fourteen days in which to file its responses. This extension will allow sufficient time for the United States to draft the responses to the motions and receive required supervisory review and authorization prior to filing, while also accounting for the Thanksgiving holiday on Thursday, November 26, 2026.

THEREFORE, based on the foregoing reasons, the United States respectfully requests an additional fourteen days in which to file its response to the defendant's motion up to and including Monday, December 14, 2026.

Respectfully submitted,

K. Brandon Chlarson
United States Attorney

By *_/s/K. Brandon Chlarson_*

K. Brandon Chlarson
Special Assistant United States Attorney
Violent Crime & Drug Trafficking Unit - NS
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on November 20, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri.

*_/s/K. Brandon Chlarson_*
K. Brandon Chlarson
Special Assistant United States Attorney